# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10604
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
March 18, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

*versus*

Raul Mancha Montoya,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:22-CR-46-7

_____

Before Davis, Willett, and Oldham, *Circuit Judges.*

Per Curiam:[*]

The attorney appointed to represent Raul Mancha Montoya has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mancha Montoya has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Mancha

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10604

Montoya's claims of ineffective assistance of counsel or his claims that his guilty plea was coerced by counsel's promises; we therefore decline to consider the claims without prejudice to any right Mancha Montoya may have to raise them on collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014); *United States v. Corbett*, 742 F.2d 173, 175-78 & n.11 (5th Cir. 1984).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mancha Montoya's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.